

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17-CR-1654-BTM |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE** |
| RUBEN ANTONIO LEPE-ARRIZON, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 3, 2017

_____
HONORABLE BARRY TED MOSKOWITZ
United States District Judge